Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYBERCREEK ENTERTAINMENT, LLC | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 16-CV-424-W |
| v. | |
| U.S. UNDERWRITERS INSURANCE COMPANY | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  Defendant's motion to dismiss is granted, and the complaint is dismissed.


Date: December 21, 2016          MARY C. LOEWENGUTH
                                 CLERK OF COURT

                                 By: s/K.McMillan
                                     Deputy Clerk